B 210A (Form 210A) (12/09)

# United States Bankruptcy Court

Ohio-Southern-Dayton

In re  NICOLE LEATH ,                                            Case No. 12-31055

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Real Time Resolutions, Inc as agent for Rocktop Partners I, L.P. | CitiMortgage, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Real Time Resolutions, Inc as agent for Rocktop Partners I, L.P.

1349 Empire Central Dr, Suite 150
Dallas, TX 75247

Phone: (888)361-7152
Last Four Digits of Acct #: 3927

Court Claim # (if known):  10
Amount of Claim:  $    87,443.30
Date Claim Filed:   7/11/2012

Phone: ( )  -
Last Four Digits of Acct #:

Name and Address where transferee payments should be sent (if different from above):
Real Time Resolutions, Inc as agent for Rocktop Partners I, L.P.
PO Box 35888
Dallas, TX 75235

Phone:
Last Four Digits of Acct #:  3927

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____      Date: / /
       Transferee/Transferee's Agent
       Senior Analyst / Trainer - Bankruptcy

Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.